THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL CASE NO. 2:11cr38-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| LEONARD DWAYNE WOLFE, II. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Without Prejudice [Doc. 23].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 23] is **GRANTED**, and the Bill of Indictment is hereby **DISMISSED WITHOUT PREJUDICE** with respect to the Defendant Leonard Dwayne Wolfe, II.

**IT IS SO ORDERED**.

Signed: February 17, 2012

Martin Reidinger
United States District Judge